PROB 12B
(7/93)

Report Date: March 4, 2008

# United States District Court

## for the

## Eastern District of Washington

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 06 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON**

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Terrance Lamont Cooper          Case Number: 2:02CR00131-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush

Date of Original Sentence: 11/4/2002              Type of Supervision:   Supervised Release

Original Offense: Conspiracy to Commit Bank        Date Supervision Commenced: 02/29/08
Robbery, 18 U.S.C. § 371; Armed Bank Robbery, 18
U.S.C. § 2113(a) and (d); Carrying and Brandishing a
Firearm During and in Relation to a Crime of
Violence, 18 U.S.C. § 924(c)(1)(A)(ii); Conspiracy to
Commit Credit Union Robbery, 18 U.S.C. § 371;
Armed Credit Union Robbery, 18 U.S.C. § 2113(a)
and (d)

Original Sentence: Prison - 84 Months; TSR - 60    Date Supervision Expires: 02/28/2013
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
     directed by the supervising probation officer, but no more than six tests per month, in order to confirm
     continued abstinence from these substances.

## CAUSE

Pursuant to United States v Stephens, the above modification with the offenders consent is being submitted for Your Honors consideration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   3/4/08

Richard B. Law
U.S. Probation Officer

Prob 12B
Re: Cooper, Terrance Lamont
March 4, 2008
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

Date