PROB 12B
(7/93)

Report Date: May 26, 2009

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 27 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Terrance Lamont Cooper                Case Number: 2:02CR00131-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 11/4/2002                    Type of Supervision: Supervised Release

Original Offense: Conspiracy to Commit Bank Robbery, 18 U.S.C. § 371; Armed Bank Robbery, 18 U.S.C. § 2113(a) and (d); Carrying and Brandishing a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(c)(1)(A)(ii); Conspiracy to Commit Credit Union Robbery, 18 U.S.C. § 371; Armed Credit Union Robbery, 18 U.S.C. § 2113(a) and (d)

Date Supervision Commenced: 2/29/2008

Original Sentence: Prison - 84 Months; TSR - 60 Months

Date Supervision Expires: 2/28/2013

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19    You shall participate in the home confinement program for 60 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer.

20    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

21    You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

## CAUSE

On May 13, 2009, Terrance Cooper was arrested by the Washington State Patrol for driving while under the influence of intoxicants. Mr. Cooper submitted to a blood alcohol content test that revealed his blood alcohol level to be .208 and .218. Said charges are pending in Spokane County District Court. Concerns with the defendant's alcohol consumption were addressed with him in December 2008 by the probation office. However, it appears he is continuing to struggle with this issue and has been referred to substance abuse counseling as well. The above modfication of the conditions of supervision appear appropriate to address the defendant's noncompliant behavior. Additionally, Mr. Cooper has agreed to the above noted modifications as evidenced by the attached signed waiver of hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 5/26/09

Richard B. Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

5/26/09
Date