PROB 12B
(7/93)

Report Date: July 6, 2010

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 08 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Terrance Lamont Cooper      Case Number: 2:02CR00131-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush

Date of Original Sentence: 11/04/2002          Type of Supervision: Supervised Release

Original Offense: Carrying and Brandishing a   Date Supervision Commenced: 02/29/2008
Firearm During and in Relation to a Crime of
Violence, 18 U.S.C. § 924(c)(1)(A)(ii)

Original Sentence: Prison - 84 months;         Date Supervision Expires: 02/28/2013
TSR - 60 months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

23   You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

On June 22, 2010, Terrance Cooper submitted to breathlyzer and urinalysis tests. Both tests were confirmed positive for alcohol. On June 16, 21, 22, 23, and 30, 2010, Mr. Cooper failed to report to scheduled substance abuse counseling meetings at Pioneer Human Services. Additionally, the defendant has failed to secure employment since February 2009. As the Court may recall, a violation report was submitted on May 26, 2009, regrading the defendant's arrest for driving while under the influence of alcohol. The defendant's conditions of supervision were modified at that time to include 60 days of home confinement along with alcohol prohibition conditions. Another violation report was submitted on April 20, 2010, regarding Mr. Cooper's consumption of alcohol. No action was requested at that time.

Mr. Cooper has agreed to the above -noted modification of conditions as evidenced by his signature on the attached waiver of hearing to modify conditions. Said modification will allow Mr. Cooper to continue with substance abuse counseling, while allowing him to secure employment. Additionally, it appears to be an appropriate sanction that will further restrict his activities in the community, and hopefully motivate him to secure employment, a stable residence, and comply with substance abuse counseling.

Prob 12B
**Re: Cooper, Terrance Lamont**
**July 6, 2010**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/6/2010

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

7/8/2010
Date