PROB 12C
(7/93)

Report Date: July 22, 2010

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 2 3 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Terrance Lamont Cooper          Case Number: 2:02CR00131-001-JLQ

Address of Offender:          Spokane, WA 99202

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence:  11/4/2002

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Bank Robbery, 18 U.S.C. § 371; Armed Bank Robbery, 18 U.S.C. § 2113(a) and (d); Carrying and Brandishing a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(c)(1)(A)(ii); Conspiracy to Commit Credit Union Robbery, 18 U.S.C. § 371; Armed Credit Union Robbery, 18 U.S.C. § 2113(a) and (d) |
| Original Sentence: | Prison - 84 Months; TSR - 60 Months |
| Asst. U.S. Attorney: | Jill Bolton |
| Defense Attorney: | Federal Defenders |

Type of Supervision: Supervised Release

Date Supervision Commenced: 2/29/2008

Date Supervision Expires: 2/28/2013

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 20**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: On July 21, 2010, at approximately 12:20 a.m., during the intake process at the Spokane Residential Reentry Center (RRC), the offender submitted an initial breathalyzer test at the direction of the RRC staff. The breath sample was negative for alcohol. |
| | On that same date, at 8:53 a.m., a strong order of alcohol was noted on Mr. Cooper's breath by RRC staff. Mr. Cooper submitted to a breath test which produced a positive result of .161. Two additional breath samples were collected at 9:09 a.m. and 9:32 a.m. Both samples produced positive results of .162 and .157. |

Prob12C
Re: Cooper, Terrance Lamont
July 22, 2010
Page 2

| | |
|---|---|
| 2 | **Special Condition # 23**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

**Supporting Evidence**: Mr. Cooper agreed to the modification of conditions to include an RRC placement on July 2, 2010. His cooperation was secured in this modification as evidenced by his signature on the waiver of hearing.

On July 21, 2010, following the aforementioned series of breathalzyer tests, Mr. Cooper became upset when RRC staff searched his personal property (bag) without asking his permission. When he was told that they did not need his permission, he said "fuck this" and walked out the front door of the facility. The RRC staff immediately notified the U.S. Probation Office that Mr. Cooper had left the program. Since leaving, Mr. Cooper has failed to contact the U.S. Probation Office and his current whereabouts are unknown. A telephone message has been left at his previous residence, however, no return phone call has been received. |
| 3 | **Special Condition #18**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On this date, it was reported to the U.S. Probation Office that Mr. Cooper had failed to attend substance abuse treatment groups at Pioneer Human Services on July 19, July 20, and July 21, 2010. |
| 4 | **Special Condition # 21**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On July 20, 2010, Mr. Cooper failed to report to Pioneer Human Services and provide a urine and/or breath sample for analysis. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/22/2010

s/Richard B. Law

Richard B. Law
U.S. Probation Officer

Prob12C
Re: Cooper, Terrance Lamont
July 22, 2010
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

7/23/10
Date